NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Elijah Behringer
PO Box 2973
Crestline, CA 92325
(909) 222-5370

FILED
CLERK, U.S. DISTRICT COURT
05/23/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP'___ DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Elijah Behringer | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:23-cv-00934-JFW(SK) |
| v. | |
| California Polytechnic State University, San Luis Obispo; et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Elijah Behringer_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Elijah Behringer | Plaintiff |
| California Polytechnic State University, San Luis Obispo | Defendant |
| Jeffrey Armstrong | Defendant |
| Tina Hadaway-Mellis | Defendant |
| Valla Hardy | Defendant |
| Amy Gode | Defendant |
| San Luis Obispo County | Defendant |
| Penny Borenstein | Defendant |

5/23/2023
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Elijah Behringer

CV-30 (05/13)     NOTICE OF INTERESTED PARTIES