AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Elijah Behringer<br><br>*Plaintiff(s)*<br>v.<br>California Polytechnic State University, San Luis Obispo (Cal Poly); Jeffrey Armstrong, Tina Hadaway-Mellis, Valla Hardy, Amy Gode, San Luis Obispo County, Penny Borenstein (see attached)<br>*Defendant(s)* | Civil Action No. 5:23-cv-00934-JFW(SK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeffrey Armstrong
Office of the President
Building 1, Room 407
California Polytechnic State University
1 Grand Avenue, San Luis Obispo, CA 93407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elijah Behringer
PO Box 2973
Crestline, CA 92325

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 05/26/2023

Elijah Behringer
behringerlaw@pm.me
PO Box 2973
Crestline, CA 92325
(909) 222-5370

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Elijah Behringer**, <br><br> Plaintiff, <br><br> v. <br><br> **California Polytechnic State University, San Luis Obispo** (Cal Poly); <br>    Cal Poly President **Jeffrey Armstrong**, in his official and individual capacity; <br>    Cal Poly Administrator **Tina Hadaway-Mellis**, in her official and individual capacity; <br>    Cal Poly Administrator **Valla Hardy**, in her official and individual capacity; <br>    Cal Poly Administrator **Amy Gode**, in her official and individual capacity; <br>    The municipal government of **San Luis Obispo County**; <br>    County Health Officer **Penny Borenstein**, in her official and individual capacity; <br><br> Defendants. | **Case No.** 5:23-cv-00934-JFW(SK) <br><br><br> **COMPLAINT – Civil Rights Action Under Title 42 U.S.C. § 1983** <br><br><br> **DEMAND FOR JURY TRIAL** |