**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Elijah Behringer, | CASE NUMBER: |
| **PLAINTIFF(s) / PETITIONER(s)** | 5:23-cv-00934-JFW (SK) |
| v. | |
| California Polytechnic State University, San Luis Obispo et al, | **NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| **DEFENDANT(s) / RESPONDENT(s)** | |

TO:    All Parties of Record

        You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on September 15, 2023                    .

        Any party having Objections to the Report and Recommendation and/or order shall, not later than September 29, 2023                    , file and serve a written statement of Objections with points and authorities in support thereof before the Honorable Steve Kim                                   , U.S. Magistrate Judge.  A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

        Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact.  Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response,  the case will be submitted to the District Judge for disposition.  Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

        The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order.  A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

                                CLERK,  UNITED STATES DISTRICT COURT

Dated: September 15, 2023                        By: Connie Chung

M-51A (12/09)                    NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION