Warrington S. Parker III (SBN 148003)
    WParker@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile:  415.986.2827

Uri Niv (SBN 307487)
    UNiv@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile:  213.622.2690

Attorneys for Defendants Board of Trustees of the California State University (erroneously sued as "California Polytechnic State University, San Luis Obispo"); Jeffrey Armstrong; Tina Hadaway-Mellis; Valla Hardy; and Amy Gode

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH BEHRINGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA POLYTECHNIC STATE UNIVERSITY, SAN LUIS OBISPO (CAL POLY); CAL POLY PRESIDENT, JEFFREY ARMSTRONG, in his official and individual capacity; CAL POLY ADMINISTRATOR TINA HADAWAY-MELLIS, in her official and individual capacity; CAL POLY ADMINISTRATOR VALLA HARDY, in her official and individual capacity; CAL POLY ADMINISTRATOR AMY GODE, in her official and individual capacity; THE MUNICIPAL GOVERNMENT OF SAN LUIS OBISPO COUNTY; and COUNTY HEALTH OFFICER PENNY BORENSTEIN, in her official and individual capacity,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00934-JFW (SK)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION**<br><br>Ctrm.:　　　7A<br>Judge:　　　Hon. John F. Walter<br>Trial Date:　None set.<br>Date Action Filed: May 23, 2023 |

# INTRODUCTION

Judge Kim issued a thorough and well-reasoned Report and Recommendation dismissing Plaintiff's federal claims with prejudice and state claims without prejudice. Plaintiff's 26-page objection fails to engage with that Report and instead presents Plaintiff's view of what Plaintiff wants the law to be. His objections are neither pertinent nor valid and thus should be rejected. Accordingly, the Report and Recommendation should be adopted fully.

## I.   ARGUMENT

"Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *United States v. Rudisill*, 2006 WL 3147663, at *1 (D. Ariz. Nov. 1, 2006)). Plaintiff has failed to meet his burden.

First, Plaintiff's objections to the Report are without merit. For example, Plaintiff argues that the Report and Recommendation finding that he lacked standing is a "perversion" of the Equal Protection Clause because "[a]n obvious exception to this clause is when the government is committing a laundry list of crimes and constitutional violations." Obj. to R. & R. at 19-20. No such exception exists and the list of crimes and violations were also been rejected. R. & R. at 6-14.

Second, Plaintiff's objections are conclusory in that they simply restate the arguments already rejected in the Report (and by Courts elsewhere). For example, Plaintiff asserts that emergency orders are unconstitutional—they are not. CSU's Reply ISO MTD, ECF. No. 28 at 2; R. & R. at 8-9; *Kheriaty v. Regents of the Univ. of California*, 2022 WL 17175070 at *1-2 (9th Cir. Nov. 23, 2022); *Guilfoyle v. Beutner*, 2021 WL 4594780, at *14 (C.D. Cal. Sept. 14, 2021); *Schmidt v. City of Pasadena*, 2023 WL 4291440, at *10 (C.D. Cal. Mar. 8, 2023); *Forbes v. Cnty. of San Diego*, 2021 WL 843175, at *5 (S.D. Cal. Mar. 4, 2021); *Images Luxury Nail Lounge, Inc. v. Newsom*, 2021 WL 3686759, at *8 (C.D. Cal. July 13, 2021)

(Walter, J.).

Third, Plaintiff's objections do not identify any allegations in his Amended Complaint (or assert additional allegations) that warrant a different result. *McGee v. Airport Little League Baseball Inc.*, 2023 WL 3582386, at *1 (E.D. Cal. May 22, 2023) (adopting report and recommendation in full, holding that plaintiff's conclusory objections "[did] not meaningfully address the deficiencies identified in the findings and recommendations" and failed to "point to any specific facts alleged in his second amended complaint that he contends supports his claims" nor "proffer any additional factual allegations that he would include if granted leave to further amend his complaint."); *see also Jackson v. Grant*, 2017 WL 5990087, at *1 (C.D. Cal. Nov. 30, 2017) (adopting report and recommendation where "nothing in plaintiff's Objections alters the conclusion reached in the Report and Recommendation that plaintiff's allegations are insufficient to nudge plaintiff's federal civil rights claims 'across the line from conceivable to plausible.'").

In short, Plaintiff provides no reason that the Report and Recommendation should not be adopted.

## CONCLUSIONS

For the foregoing reasons, the Report and Recommendation should be adopted in full.

Dated: October 10, 2023                    CROWELL & MORING LLP

By: */s/ Uri Niv*
Warrington S. Parker III
Uri Niv
Attorneys for Defendants
Board of Trustees of the California
State University; Jeffrey Armstrong;
Tina Hadaway-Mellis; Valla Hardy;
Amy Gode