# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH BEHRINGER,<br><br>                Plaintiff,<br><br>    v.<br><br>CALIFORNIA POLYTECHNIC STATE UNIVERSITY, et al.,<br><br>                Defendants. | Case No. 5:23-CV-00934-JFW (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTIONS TO DISMISS** |

      In accordance with 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation (R&R) to grant Defendants' Motions to Dismiss (ECF 34) and Plaintiff's Objections (ECF 35). *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). None of the Objections—to the limited extent that they are even intelligible—has any merit.

      THEREFORE, the Court accepts the recommendation and orders that Defendants' Motions to Dismiss be GRANTED for the reasons stated in the R&R. Judgment will be entered accordingly dismissing the federal claims in the First Amended Complaint with prejudice and the state-law claims without prejudice.

      IT IS SO ORDERED.

DATED: October 16, 2023

                                                        JOHN F. WALTER<br>                                                        United States District Judge