JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH BEHRINGER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA POLYTECHNIC STATE UNIVERSITY, et al.,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00934-JFW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Grant Defendants' Motions to Dismiss, **IT IS ADJUDGED** that the federal claims in the First Amended Complaint are dismissed with prejudice and that the state-law claims are dismissed without prejudice.

DATED: <u>October 16, 2023</u>　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　United States District Judge