UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **5:23-cv-00934-JFW-SK**                                Date: **November 14, 2023**

Title:    Elijah Behringer v. California Polytechnic State University, San Luis Obispo, et al.

PRESENT:   HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

Shannon Reilly                                    None Present
Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                      None Present

**PROCEEDINGS (IN CHAMBERS): REFERRAL ORDER**

    The Court refers Plaintiff's Motion to Reconsider the Judgment [filed 11/10/23; [docket no. 40] set for hearing on December 11, 2023 to Magistrate Judge Steve Kim.

CC:  Magistrate Judge Steve Kim

Initials of Deputy Clerk    sr