1  Elijah Behringer
2  behringerlaw@pm.me
   PO Box 2973
3  Crestline, CA 92325
4  (909) 222-5370

5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9
              CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | **Elijah Behringer**, | **Case No.** 5:23-cv-00934-JFW(SK) |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | **NOTICE OF APPEAL** |
| 14 | v. | **Judges:** District Judge Hon. John F. Walter, Magistrate Judge Hon. Steve Kim |
| 15 | **Board of Trustees of the California State University,** (sued erroneously as **California Polytechnic State University, San Luis Obispo**); | |
| 16 | | **Court Appealing From:** Western Division of the Central District of California, 350 W. 1st Street, Los Angeles, CA 90012 |
| 17 | | |
| 18 | Cal Poly President **Jeffrey Armstrong**, in his official and individual capacity; | |
| 19 | | **Court Appealing To:** United States Court of Appeals for the Ninth Circuit |
| 20 | Cal Poly Administrator **Tina Hadaway-Mellis**, in her official and individual capacity; | |
| 21 | | **Orders and Judgment Appealed:** See docket entries (Dkt.) 38, 39, and 43. |
| 22 | Cal Poly Administrator **Valla Hardy**, in her official and individual capacity; | |
| 23 | Cal Poly Administrator **Amy Gode**, in her official and individual capacity; | |
| 24 | The **County of San Luis Obispo** (sued erroneously as **San Luis Obispo County**); | |
| 25 | | |
| 26 | County Health Officer **Penny Borenstein**, in her official and individual capacity; | |
| 27 | | |
| 28 | Defendants. | |

1  **TO THE COURT**—TAKE NOTICE that in the matter concerning this case, Judge John F. Walter's "judgment" is erroneous as a matter of law (see Plaintiff's motion for reconsideration; Dkt. 40). Accordingly, Plaintiff Elijah Behringer is appealing the judgment and its related orders of the District Court to the U.S. Ninth Circuit Court of Appeals. Since this notice of appeal has been filed within 30 days of District Judge John F. Walter's November 14th order disposing of the Plaintiff's motion to reconsider the judgment, this notice is timely and in accordance with FRAP 4(a)(1)(A) and 4(a)(4)(A)(4). "A timely filed motion for reconsideration under a local rule is a motion to alter or amend a judgment under Fed.R.Civ.P. 59(e)." *Bestran Corp. v. Eagle Comtronics, Inc.*, 720 F.2d 1019, 1019 (9th Cir. 1983). A timely motion for reconsideration "renders an otherwise final decision of a district court not final" for purposes of appeal. *Nutraceutical Corp. v. Lambert*, 139 S. Ct. 710, 717, 203 L. Ed. 2d 43 (2019). The appealed orders and judgment are interrelated. The docket entries (Dkt. 38, 39, and 43) as well as the Form 6 representation statement are attached.

DKT. 38

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH BEHRINGER,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA POLYTECHNIC STATE UNIVERSITY, et al.,<br><br>        Defendants. | Case No. 5:23-CV-00934-JFW (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTIONS TO DISMISS** |

      In accordance with 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation (R&R) to grant Defendants' Motions to Dismiss (ECF 34) and Plaintiff's Objections (ECF 35). *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). None of the Objections—to the limited extent that they are even intelligible—has any merit.

      THEREFORE, the Court accepts the recommendation and orders that Defendants' Motions to Dismiss be GRANTED for the reasons stated in the R&R. Judgment will be entered accordingly dismissing the federal claims in the First Amended Complaint with prejudice and the state-law claims without prejudice.

      IT IS SO ORDERED.

DATED: October 16, 2023

                                          JOHN F. WALTER
                                          United States District Judge

DKT. 39

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH BEHRINGER,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA POLYTECHNIC STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 5:23-cv-00934-JFW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Grant Defendants' Motions to Dismiss, **IT IS ADJUDGED** that the federal claims in the First Amended Complaint are dismissed with prejudice and that the state-law claims are dismissed without prejudice.

DATED: October 16, 2023

              _____
              JOHN F. WALTER
              United States District Judge

Dkt. 43

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH BEHRINGER,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA POLYTECHNIC STATE UNIVERSITY, SAN LUIS OBISPO, et al.,<br><br>        Defendants. | Case No. 5:23-cv-00934-JFW (SK)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ECONSIDERATION [ECF 40]** |

      Plaintiff Elijah Behringer moves for reconsideration of the Court's October 16, 2023 order and judgment dismissing his pro se complaint. Since his motion was brought within 28 days of the Court's entry of judgment, the Court construes it as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). So construed, the motion provides no basis for relief and is therefore DENIED.

      Rule 59(e) motions are rarely granted "absent highly unusual circumstances." *Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003). Because Rule 59(e) provides "an extraordinary remedy," it is "to be used sparingly in the interests of finality and conservation of judicial resources."

*Kaufmann v. Kijakazi*, 32 F.4th 843, 850 (9th Cir. 2022) (quotations omitted).  Thus, relief under Rule 59(e) is available only when "the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009) (quotations omitted); *see* C.D. Cal. L.R. 7-18.  Plaintiff's motion presents no newly discovered evidence or any intervening change in controlling law.  He also has not shown any clear error in the Court's judgment but simply repeats the same arguments that the Court has already rejected.

For all these reasons, Plaintiff's motion for reconsideration is DENIED.[1]  The hearing on the motion noticed for December 11, 2023 is VACATED.  No further motions or requests for relief from judgment will be entertained, so the Clerk's Office is instructed to reject any future filings in this closed case without need for additional court order.

IT IS SO ORDERED.

DATED: November 14, 2023

JOHN F. WALTER
United States District Judge

---

[1] The result would be no different under Federal Rule of Civil Procedure 60.  Like Rule 59(e), "Rule 60(b) provides for extraordinary relief and may be invoked only upon a showing of exceptional circumstances." *Engleson v. Burlington N. R. Co.*, 972 F.2d 1038, 1044 (9th Cir. 1992) (cleaned up); *see Gonzalez v. Crosby,* 545 U.S. 524, 536 (2005) (reiterating that final judgment may be reopened under Rule 60(b) for "extraordinary circumstances" only).

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## FORM 6 - REPRESENTATION STATEMENT

*(Pursuant to Ninth Circuit Rule of Appellate Procedure 3-2)*

**APPELLANTS**

*Name of Appellant:*

- **Elijah Behringer**

*Contact Information of Appellant*

**Elijah Behringer**
PO Box 2973
Crestline, CA 92325
(909) 222-5370

Registered for Electronic Filing in the 9th Circuit? Yes ( ) No (X)

**APPELLEES**

*Names of Appellees:*

- **Board of Trustees of the California State University,** (sued erroneously as **California Polytechnic State University, San Luis Obispo**);
  Cal Poly President **Jeffrey Armstrong**, in his official and individual capacity;
  Cal Poly Administrator **Tina Hadaway-Mellis**, in her official and individual capacity;
  Cal Poly Administrator **Valla Hardy**, in her official and individual capacity;
  Cal Poly Administrator **Amy Gode**, in her official and individual capacity;
  The **County of San Luis Obispo** (sued erroneously as **San Luis Obispo County**);

Case No. 5:23-cv-00934-JFW(SK)   3
NOTICE OF APPEAL

County Health Officer **Penny Borenstein**, in her official and individual capacity;

*Names/Contact Information of Appellees' Counsel:*
Warrington S. Parker III (SBN 148003)
WParker@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Uri Niv (SBN 307487)
UNiv@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendants Board of Trustees of the California State University (erroneously sued as "California Polytechnic State University, San Luis Obispo"); Jeffrey Armstrong; Tina Hadaway-Mellis; Valla Hardy; and Amy Gode

Douglas C. Smith, Esq. (SBN 160013)
John R. Byerly, Esq. (SBN 340021)
SMITH LAW OFFICES, LLP
4001 Eleventh Street
Riverside, CA 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356
dsmith@smitlaw.com
jbyerly@smitlaw.com
Attorneys for Defendants
COUNTY OF SAN LUIS OBISPO and PENNY BORENSTEIN

Dated: 12/13/2023

I, Elijah Behringer, being duly sworn, do state and affirm according to law, that I have first-hand knowledge of the undisputed material facts and am competent to testify in these matters, and swear under penalty of perjury that these facts are true and correct.

Elijah J. Behringer

behringerlaw@pm.me
PO Box 2973
Crestline, CA 92325
(909) 222-5370

Case No. 5:23-cv-00934-JFW(SK)                    5
                                          NOTICE OF APPEAL

## PROOF OF SERVICE

I, Elijah Behringer, declare and state:

I am over the age of 18 years old and a resident of San Bernardino County. My mailing address is PO Box 2973, Crestline, CA 92325.

I have served a copy of this notice by electronic service to:

**Uri Niv**
Crowell Moring LLP
515 South Flower Street 40th Floor
Los Angeles, CA 90071
Tel: 213-622-4750
Fax: 213-622-2690
Email: univ@crowell.com

**John R. Byerly**
Smith Law Offices, LLP
4001 Eleventh Street
Riverside, California 92501
Tel: (951) 509-1355
Fax: (951) 509-1356
jbyerly@smitlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/13/2023

Elijah J. Behringer