UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELIJAH BEHRINGER,<br><br>　　Plaintiff - Appellant,<br><br>　v.<br><br>CALIFORNIA POLYTECHNIC STATE UNIVERSITY SAN LUIS OBISPO; et al.,<br><br>　　Defendants - Appellees. | No. 23-4162<br><br>D.C. No.<br>5:23-cv-00934-JFW-SK<br><br>Central District of California, Riverside<br><br>MANDATE |

The judgment of this Court, entered July 21, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT